UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | **CV 25-8979-AH(ASx)** | Date | May 6, 2026 |
| --- | --- | --- | --- |
| Title | Thomas O Rourke v. Hilton Management LLC et al | **JS-6** | |

Present: The Honorable    ANNE HWANG, UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
| --- | --- |
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiff:                Attorneys Present for Defendant:

NONE PRESENT                                          NONE PRESENT

**Proceedings:**          **IN CHAMBERS- ORDER AND NOTICE TO ALL PARTIES**

In light of the Stipulation to dismissal [27] [28], for Defendants Cain International US Services LP and Alagem Capital Group, LLC, only, the Court hereby orders these defendants dismissed from this case.

All pending hearings and motions are now taken off calendar and vacated as to these two defendants only.

IT IS SO ORDERED.


cc: all parties

---

CV-90 (12/02)                    **CIVIL MINUTES - GENERAL**              Initials of Deputy Clerk   YS

00   :